IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAYTE WELCH,

    Plaintiff,

v.

CARDINAL IG,

    Defendant.

ORDER

Case No. 19-cv-1-wmc

---

JAYTE WELCH,

    Plaintiff,

v.

ABR STAFFING,

    Defendant.

ORDER

Case No. 19-cv-6-wmc

---

Plaintiff Jayte Welch has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Jayte Welch's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks

monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 3rd day of January, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge